USDC/ATTY-010 | F R Civ P 7.1 (12/06)  Disclosure of Corporate Affiliations and Financial Interest

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

Thomas Balderson and
Barbara Balderson

V.

Lumber Liquidators Holdings, Inc., Lumber
Liquidators, Inc., Lumber Liquidators
Leasing, LLC, and Lumber Liquidators
Services, LLC

**DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

**CASE NUMBER** 2:16-cv-12701 ⊞

Pursuant to F R Civ P 7.1, any nongovernmental corporate party to an action or proceeding in a district court must: 1)  identify any parent corporation and any publicly held corporation that owns ten percent or more of its stock; or 2)  must state that there is no such corporation.

Name of party:  Lumber Liquidators, Inc.

Check all that apply:

☐   I certify, as party/counsel in this case, that the above named party is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

☑   The following corporate affiliations exist with the above named party :

Parent corporation/affiliate name:  Lumber Liquidators Holdings, Inc.
Relationship with named party:  Parent corporation

☐   The following corporation, unincorporated association, partnership, or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Parent corporation/affiliate name:
Nature of financial interest:

Parent corporation/affiliate name:
Nature of financial interest:

Date: 12/29/2016

/s/ Lauren P. Scott

Clement Carter, Esq. (WV Bar No. 657)
Lauren P. Scott, Esq. (WV Bar No. 11964)
McGuireWoods LLP
800 East Canal Street
Richmond, Virginia 23218
(804) 775-4396
lpscott@mcguirewoods.com
ccarter@mcguirewoods.com